# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

JAMES CRITELLI and RYAN THEODORE,

    Plaintiffs,

v.                                               Case No:   6:25-cv-1780-AGM-LHP

DANAHER CORPORATION and PALL CORPORATION,

    Defendants

## ORDER

Before the Court is an Unopposed Motion for Extension of Time for Defendants to Answer or Otherwise Respond.  Doc. No. 13.  Defendants request thirty (30) days from the date that Plaintiff files an amended complaint to file a responsive pleading.  *Id.*  The Court does not grant contingent deadlines based on speculation that an amended pleading may be filed.  Accordingly, the motion (Doc. No. 13) is **GRANTED in part**, to the extent that the deadline for Defendants to answer or otherwise respond to the complaint is extended up to and including **February 20, 2026**.  The motion is otherwise **DENIED**.  Should Plaintiffs file an amended complaint, Defendants' response will be governed by the deadlines set

forth in Federal Rule of Civil Procedure 15, absent a properly supported motion seeking to extend that deadline.

**DONE** and **ORDERED** in Orlando, Florida on February 6, 2026.

*Leslie Hoffman Price*

LESLIE HOFFMAN PRICE
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record