# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

JAMES CRITELLI, RYAN THEODORE,
TAYLOR EGGERICHS, RAY CUNNINGHAM
ERIK VOLEK, ANDREW KUMNICK,
and all other similarly situated,

      Plaintiffs,

vs.

                          Case No.: 6:25-cv-01780-AGM-LHP

DANAHER CORPORATION, PALL
CORPORATION, BECKMAN COULTER, INC.,
GLOBAL LIFE SCIENCES SOLUTIONS
USA LLC d/b/a CYTIVA, RADIOMETER
AMERICA, INC.

      Defendants.

_____/

## PLAINTIFFS' NOTICE OF PENDENCY OF OTHER ACTIONS

In accordance with Local Rule 1.04(c), I certify that the instant action:

  **X**  **IS**  related to pending or closed civil or criminal case(s) previously filed in this Court, or any other Federal or State court, or administrative agency as indicated below:

<u>March 16, 2026</u>

*United States District Court for the District of Columbia*
Case No.: 1:26-cv-00923
*Michal Nadeau, Wayne Gagne and Patrick Farrell, and all others similarly situated,*
*vs.*
*Danaher Corporation, Pall Corporation, Beckman Coulter, Inc., Global Life Sciences Solutions, USA LLC d/b/a Cytiva, AB Sciex, LLC d/b/a Sciex*

This is a related action because 1) Plaintiffs are also claiming Defendants' DEI policy is discriminatory and implemented through a centralized recruiting function , 2) Danaher, Pall Corporation, Beckman Coulter, Inc., and Global Life Sciences Solutions USA d/b/a Cytiva are common defendants to both actions, and 3) Substantial evidence in both cases is presumably contained on the same Applicant Tracking System.  The primary distinction between the two actions is that the *Critelli* plaintiffs and putative class members were employed by the *Critelli* defendants and allege they were denied promotions/advancement.  In this action, Plaintiffs and the putative class members were applicants for employment; they were not employed by Defendants when they applied for jobs.

February 19, 2026
United States District Court for the District of Columbia
Case No.: 1:26-cv-00556
*John Michal Warren, Deborah Cote, Andrew Buenko and Mohamed Youssef Amin Brihmat, on behalf of themselves and all others similarly situated,*
*vs.*
*Danaher Corporation, Beckman Coulter, Inc., Integrated DNA Technologies, Inc., Global Life Sciences Solutions, USA LLC d/b/a Cytiva Pall Corporation.*

Plaintiffs are notifying the Court of the existence of this action for the Court to determine whether it is related.  In this action, Plaintiffs, applicants for employment, allege they were discriminated against on the basis of age in violation of the Age Discrimination in Employment Act ("ADA") and state law equivalents. Importantly, Plaintiffs' claims do not arise out of Defendants' DEI policy.  Danaher Corporation, Beckman Coulter, Inc. and Global Life Sciences Solutions, USA LLC d/b/a Cytiva, and Pall Corporation are also defendants in this action, and presumably, substantial evidence will be contained on the same Applicant Tracking System.

I further certify that I will serve a copy of this NOTICE OF PENDENCY OF OTHER ACTIONS upon each party no later than eleven days after appearance of the party.

Dated March 23, 2026.

/s/ *Marc R. Edelman*
**MARC R. EDELMAN, ESQ.**

Fla. Bar No. 0096342
Sophia L. Walker, Esq.
Fla. Bar No. 1068754
**MORGAN & MORGAN, P.A.**
201 N. Franklin Street, 7th Floor
Tampa, FL 33602
Telephone: 813-577-4722
Fax: 813-257-0572
MEdelman@forthepeople.com
Sophia.Walker@forthepeople.com

Gregory R. Schmitz, Esq.
Fla. Bar No. 0094694
**MORGAN & MORGAN, P.A.**
20 N. Orange Avenue, 15th Floor
Orlando, FL 32801
Telephone: 407-204-2170
Fax: 407-245-3401
*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 23rd day of March 2026, I electronically filed a true and correct copy of the foregoing with the Clerk of the Court via the CM/ECF filing system which will send a notice of electronic filing to all counsel of record.

*/s/Marc R. Edelman, Esq.*
Marc R. Edelman, Esq.