**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

JAMES CRITELLI, RYAN THEODORE,
TAYLOR EGGERICHS, RAY
CUNNINGHAM, ERIK VOLEK, ANDREW
KUMNICK, and all other similarly situated,

      Plaintiffs,

vs.

                                    Case No.: 6:25-cv-01780-AGM-LHP

DANAHER CORPORATION, PALL
CORPORATION, BECKMAN COULTER,
INC., GLOBAL LIFE SCIENCES
SOLUTIONS USA LLC d/b/a CYTIVA,
RADIOMETER AMERICA, INC.

      Defendants.

_____/

## JOINT NOTICE OF SELECTION OF MEDIATOR

Plaintiffs, James Critelli, Ryan Theodore, Taylor Eggerichs, Ray Cunningham, Erik Volek, Andrew Kumnick and all others similarly situated, and Defendants Danaher Corporation, Pall Corporation, Beckman Coulter, Inc., Global Life Sciences Solutions USA, LLC d/b/a Cytiva, and Radiometer America, Inc., pursuant to the Court's Order [Dkt. 53], jointly advise the Court, they have selected Hunter Hughes, Esq., to conduct mediation of this matter.

Dated June 1, 2026.

326288874v.1

*/s/ Marc R. Edelman*
Marc R. Edelman, Esq.
Florida Bar No.: 00963423
Sophia L. Walker, Esq.
Florida Bar No.: 1068754
**MORGAN & MORGAN, P.A.**
201 N. Franklin Street, 7th Floor
Tampa, FL 33602
Tel: 813-577-4722
Fax: 813-257-0572
Medelman@forthepeople.com
Sophia.Walker@forthepeople.com
Gregory R. Schmitz, Esq.
Florida Bar No.: 0094694
**MORGAN & MORGAN, P.A.**
20. North Orange Avenue, 15th Floor
Orlando, FL 32801
Tel: 407-204-2170
Fax: 407-245-3401
Gschmits@forthepeople.com
*Plaintiffs' Counsel*

*/s/Christopher J. DeGroff*
Christopher J. DeGroff
(admitted *pro hac vice*)
 CDeGroff@seyfarth.com
Michael D. Jacobsen
(admitted *pro hac vice*)
mjacobsen@seyfarth.com
**SEYFARTH SHAW LLP**
233 South Wacker Drive
Suite 8000
Chicago, Illinois 60606
Telephone: (312) 460-5000
Facsimile: (312) 460-7000
Robin N. Khanal, Esq.
Florida Bar No.: 0571032
rkhanal@qpwblaw.com
**QUINTAIROS, PRIETO, WOOD & BOYER, P.A.**
255 South Orange Avenue
Suite 900
Orlando, Florida 32801
Telephone: (407) 872-6011
Facsimile: (407) 872-6012
*Attorneys for Defendants*

## Certification Under Penalty of Perjury That Artificial Intelligence Was Not Used in the Preparation of This Filing

I have reviewed the Standing Order Requiring Disclosure of the use of artificial intelligence. After diligent inquiry and under penalty of perjury, I certify that artificial intelligence was not utilized in the preparation of this filing in any way. I understand that, whether I represent myself or I am an attorney representing a client, I have an affirmative obligation to read each case cited in this filing. If I fail to do so and a case upon which I rely does not exist or does not reasonably stand for the cited proposition, I understand that the Court may treat this as a violation of the Rule 11 of the Federal

Rules of Civil Procedure. I have reviewed Rule 11 of the Federal Rules of Civil Procedure and I understand that this rule applies equally to counsel and unrepresented parties, and I am familiar with the sanctions available for violations of Rule 11. If this certification is made by counsel, I further understand that citation to a case that either does not exist or does not reasonably stand for the cited proposition may be treated as a violation of my oath of candor toward the tribunal and a basis on which my admission to practice in the Middle District of Florida could be revoked or suspended. Further, whether I represent myself or I am an attorney representing a client, I understand that by making this certification under penalty of perjury I could be referred for criminal prosecution if the statements I make here are false.

*/s/Christopher J. DeGroff*
Christopher J. DeGroff
*Attorney for Defendants*

## Certificate of Service

I certify that on June 1, 2026, I electronically filed this document with the Clerk of Court using CM/ECF, causing a copy to be served on all counsel of record.

*/s/Christopher J. DeGroff*
Christopher J. DeGroff
*Attorney for Defendants*

326288874v.1