**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

JAMES CRITELLI, RYAN THEODORE,
TAYLOR EGGERICHS, RAY
CUNNINGHAM, ERIK VOLEK, ANDREW
KUMNICK, and all other similarly situated,

      Plaintiffs,

    v.

DANAHER CORPORATION, PALL
CORPORATION, BECKMAN COULTER,
INC., GLOBAL LIFE SCIENCES
SOLUTIONS USA LLC d/b/a CYTIVA,
RADIOMETER AMERICA, INC.,

      Defendants.

Case No. 6:25-cv-1780-AGM-LHP

## DEFENDANTS' CERTIFICATION OF COMPLIANCE WITH RULE 11

I certify that I have reviewed the Standing Order Requiring Disclosure of the Use of Artificial Intelligence. With regard to docket entries 13, 15, 16, 17, 18, 24, 34, 35, 36, 37, 38, 39, 40, 41, 42, 43, 44, 45,[1] 50, and 55, by my signature below I confirm under penalty of perjury that either (1) artificial intelligence was not used in the preparation of the filing or, (2) if artificial intelligence was used, every cited authority was personally reviewed by the filer in advance of the filing.

---

[1] Docket entry 45 was a joint filing filed by Plaintiffs' counsel. With respect to docket entry 45, this certification only concerns Defendants' content therein.

1

DATED: June 3, 2026                    Respectfully submitted,

**SEYFARTH SHAW LLP**

/s/ Christopher J. DeGroff
Christopher J. DeGroff
(admitted *pro hac vice*)
CDeGroff@seyfarth.com
Michael D. Jacobsen
(admitted *pro hac vice*)
mjacobsen@seyfarth.com
Seyfarth Shaw LLP
233 South Wacker Drive
Suite 8000
Chicago, Illinois 60606
Telephone: (312) 460-5000
Facsimile: (312) 460-7000

**QUINTAIROS, PRIETO, WOOD & BOYER, P.A.**

Robin N. Khanal
Florida Bar No. 0571032
rkhanal@qpwblaw.com
Quintairos, Prieto, Wood & Boyer, P.A.
255 South Orange Avenue
Suite 900
Orlando, Florida  32801
Telephone: (407) 872-6011
Facsimile: (407) 872-6012

*Attorneys for Defendants*

## Certificate of Service

I certify that on June 3, 2026, I electronically filed this document with the Clerk of

Court using CM/ECF, causing a copy to be served on all counsel of record.

/s/ Christopher J. DeGroff
Christopher J. DeGroff
*Attorney for Defendants*

2