## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION

JAMES CRITELLI, RYAN THEODORE,
TAYLOR EGGERICHS, RAY CUNNINGHAM
ERIK VOLEK, ANDREW KUMNICK,
and all other similarly situated,

     Plaintiffs,

vs.

                         Case No.: 6:25-cv-01780-AGM-LHP

DANAHER CORPORATION, PALL
CORPORATION, BECKMAN COULTER, INC.,
GLOBAL LIFE SCIENCES SOLUTIONS
USA LLC d/b/a CYTIVA, RADIOMETER
AMERICA, INC.

     Defendants.

_____/

### CERTIFICATION OF COMPLIANCE WITH RULE 11

I certify that I have reviewed the Standing Order Requiring Disclosure of the Use of Artificial Intelligence. With regard to docket entries [Dkt. 1; Dkt. 6; Dkt. 8; Dkt. 9; Dkt 11; Dkt. 12; Dkt. 20; Dkt. 21; Dkt. 22; Dkt. 23; Dkt. 27; Dkt; 28; Dkt. 29; Dkt. 30; Dkt. 31; Dkt. 32; Dkt. 44; Dkt. 45[1]; Dkt. 46; Dkt. 47; Dkt. 49; Dkt. 53], by my signature below I confirm under penalty of perjury that artificial intelligence was not used in the preparation of the filing or artificial intelligence was used but every cited authority was personally reviewed by the filer.

---

[1] Dkt. 45 was a joint filing filed by Plaintiffs' counsel.

Dated this 5th day of June 2026.

Respectfully Submitted,
**/s/ *Marc R. Edelman***
**MARC R. EDELMAN, ESQ.**
Fla. Bar No. 0096342
Sophia L. Walker, Esq.
Fla. Bar No. 1068754
**MORGAN & MORGAN, P.A.**
201 N. Franklin Street, 7th Floor
Tampa, FL 33602
Telephone: 813-577-4722
Fax: 813-257-0572
MEdelman@forthepeople.com
Sophia.Walker@forthepeople.com

Gregory R. Schmitz, Esq.
Fla. Bar No. 0094694
**MORGAN & MORGAN, P.A.**
20 N. Orange Avenue, 15th Floor
Orlando, FL 32801
Telephone: 407-204-2170
Fax: 407-245-3401
gschmitz@forthepeople.com
*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 5th day of June 2026, a true and correct copy of the foregoing was electronically filed with the Clerk of the Court via the CM/ECF which will serve a copy by electronic notice to all counsel of record.

***/s/Marc R. Edelman, Esq.***
**Marc R. Edelman, Esq.**
